IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WERNER WICKER,<br><br>    Plaintiff,<br><br>v.<br><br>PRABHU PARAMATMA, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:19-CV-021-RWS |

## ORDER

This case is before the Court for consideration of the Receiver's request for authorization to pay Receiver fees and expenses and attorneys' fees as set out in Receiver's Second Status Report [73]. As directed by the Court, the Receiver has submitted statements for fees to the Court for *in camera* review. After reviewing the Receiver's submissions, the request is **APPROVED**, and the Receiver is authorized to make disbursements in the amounts requested in the Report.

SO ORDERED, this 23rd day of May, 2019.

RICHARD W. STORY
United States District Judge