IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DR. STEPHAN RAMB, IN HIS CAPACITY AS ADMINISTRATOR OF WERNER WICKER'S GEORGIA ESTATE, and WICKER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PRABHU PARAMATMA, et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>2:19-cv-00021-RWS<br><br>JURY DEMANDED |

## ORDER GRANTING JOINT MOTION TO DISMISS

Upon review of the record and for good cause shown, Plaintiffs Dr. Stephan Ramb, in his capacity as Administrator of Werner Wicker's Georgia Estate (the "Estate"), and Wicker, LLC ("Wicker, LLC" and together with the Estate, the "Plaintiffs"), and Defendants Prabhu Paramatma ("Paramatma"), Seema Rawla, ("Rawla"), and Saks Management and Associates, LLC's ("Saks") Joint Motion to Dismiss claims by and against Paramatma, Rawla and Saks is GRANTED. IT IS FURTHER ORDERED AND ADJUDGED as follows:

45940929 v1

(1) As previously set forth in the Consent Order entered July 21, 2021 (Doc. 460), the Court hereby DECLARES that the Estate is the sole owner and member of Wicker, LLC, and that the Estate has the sole right and authority to vote the membership interests and to manage Wicker, LLC.  Paramatma does not have any rights, claim or interest whatsoever in Wicker, LLC, the River Property, the Redding Property and/or Westminster Apartments.

(2) Plaintiffs' other claims against Paramatma, and Paramatma's counterclaims against Plaintiffs, are hereby DISMISSED WITH PREJUDICE.

(3) Plaintiffs' claims against Rawla and Saks are hereby DISMISSED WITH PREJUDICE.  Rawla and Saks have not asserted any counterclaims in this case.

IT IS FURTHER ORDERED that this order shall have no effect on any other parties in this action including but not limited to Plaintiffs' claims against the remaining Defendants.

SO ORDERED this 26th day of July, 2021.

RICHARD W. STORY
United States District Judge